UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80963-CIV-MARRA

ERIC ROGERS,

    Plaintiff,

vs.

DEL SOL PLAZA, LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendant With Prejudice [DE 11].  Having reviewed the Consent Decree and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Court approves and ratifies the Consent Decree and retains jurisdiction to enforce its terms, if necessary.  This Cause is therefore DISMISSED with prejudice.  Fed. R. Civ. P. 41(a).  Each party is to bear its own fees and costs, except as otherwise stated in the settlement.  Any pending motions are denied as moot.  This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of October, 2015.

                                                  KENNETH A. MARRA
                                                United States District Judge